# In the United States District Court
## for the Southern District of Georgia
## Brunswick Division

SHARMUS DARCEL EVANS,

      Plaintiff,

    v.

ROOSEVELT HARRIS, et al.,

      Defendants.

2:25-cv-92

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss all of Plaintiff's claims except for his Fourteenth Amendment claims against Defendants John Doe #4 and Lloyd and Plaintiff's requests for injunctive relief. Dkt. No. 24. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** all of Plaintiff's claims except for his Fourteenth Amendment claims against Defendants John Doe #4 and

Lloyd and Plaintiff's requests for injunctive relief, dkt. nos. 1, 23.  Plaintiff's excessive force claims against Defendants John Doe #4 and Lloyd remain pending.  Dkt. No. 25.

**SO ORDERED**, this __2__ day of April, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA